**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT COVINGTON**
**CIVIL CASE NOS: 04-155-WOB**

**DANNY FREEMAN,**                                                    **PLAINTIFF,**

**V.**

**CARMEUSE LIME & STONE, INC.,**                               **DEFENDANT**

## MEMORANDUM ORDER

On September 6, 2006, the court extended discovery for a second time in the above-captioned case, until November 30, 2006.  This case is closely related to a second case, *Warman et al. v. Carmeuse Lime & Stone*, Civil Action No. 06-32-WOB.  Because of their similarities, both cases were mediated together on August 28, 2006 in an unsuccessful attempt to reach a global settlement.  On September 7, 2006, the court filed an Amended Order clarifying that the September 6 order was intended to extend discovery and dispositive motion deadlines only in the *Freeman* case.

On October 27, 2006, the court granted a first extension of discovery and dispositive motion deadlines in the *Warman* case, until March 16 and April 16, 2007, respectively.  No corresponding order was entered in the *Freeman* case in part because those deadlines had been previously extended.  As the court has noted in prior orders:

> Although the two cases share identical counsel and similar claims, they have not been consolidated either for purposes of discovery or for trial.

Joint Order of August 8, 2006, n. 1.

In fact, plaintiffs have never filed a formal motion to consolidate the two cases.  Instead, plaintiffs moved soon after filing the 2006 action for a status conference.  At that time

defendants vehemently opposed consolidation of the pretrial schedules and ultimately the court declined to enter a joint scheduling order.  In addition to some factual and procedural differences, discovery in the 2004 case- filed nineteen months earlier - was well underway and close to completion by the time the 2006 complaint was filed.

On the day the discovery deadline was set to expire in *Freeman,* November 30, 2006, plaintiffs in that case filed a "motion to clarify" the order entered on October 27 in the *Warman* case.  Specifically, plaintiffs' counsel seeks to verify his understanding that deadlines for discovery and dispositive motions also were to be extended a third time in the 2004 *Freeman* case, notwithstanding that the cases have proceeded on separate discovery schedules to date. Plaintiffs' counsel does not specify what additional discovery he would seek to complete.

Defendants oppose any further extensions in *Freeman.*   Defendants point out that plaintiffs waited more than a month to seek clarification, and undertook no discovery during the month prior to the expiration of the discovery deadline in *Freeman.*   Defendants argue that they will be prejudiced if trial for this 2004 case is pushed back to permit additional discovery.

Accordingly,  **IT IS ORDERED THAT:**

1. Plaintiffs' motion to clarify the court's October 27, 2006 order in *Warman v. Carmeuse Lime & Stone, Inc.,* Civil Action No. 06-32-WOB, [DE #55] is **denied**;

2. Plaintiffs' implicit request for a third extension of deadlines in this case is **granted** but only for a period of thirty days from the date of this order which the court finds will not overly prejudice the defendants;

3. Any additional discovery shall be completed not later than **January 29, 2007**, with any dispositive motions to be filed not later than **February 28, 2007**;

2

4.  A final pretrial conference in this case will be held on **April 19, 2007 at 2:00 p.m.**, with trial before Judge William O. Bertelsman to commence on **May 21, 2007 at 10:00 a.m.**;

This the 27th day of December 2006.

Signed By:

_J. Gregory Wehrman_   J. G. W.

**United States Magistrate Judge**